No. 50252.—Protests 978212–G, etc., of S. Blechman & Sons, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 13, 1945

No. 50253.— Protest 116240–K of French Line, Inc., as general agent for War Shipping Administration (New York).

Opinion by CLINE, J. There was nothing in the record to show that a written notice of abandonment was filed with the collector within 30 days after the date of entry. When the case was called for trial there was no appearance on behalf of the plaintiff. An examination of the record failed to disclose sufficient evidence to overcome the presumption of correctness attaching to the collector's decision. The protest was therefore overruled.

No. 50254.— Protest 69025–K of S. A. Winther (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the merchandise is similar in all material respects to that passed upon in Abstracts 36724 and 38185, which records were incorporated herein. In accordance therewith it was held that the collector should compute the duty upon the basis of the net weight of the cheese as shown by the weigher, less 1 ounce per loaf for tare of paper or foil or both. The protest was sustained to this extent.

No. 50255.—Protest 3722–K of California Ship Supply Co. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the merchandise is similar in all material respects to that passed upon in Abstracts 36724 and 38185, which records were incorporated herein. In accordance therewith it was held that the collector should compute the duty upon the basis of the dutiable value obtained by multiplying the appraised unit of value, plus packing when not included, by the net weight of the cheese as shown by the weigher, less 1 ounce per loaf for tare of paper or foil covering or both. The protest was sustained to this extent.